CMC/2010R00732

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. RDB-11-074 |
| | : | |
| v. | : | (Conspiracy to Possess With Intent to |
| | : | Distribute Heroin, 21 U.S.C. §846; |
| **UMAR BURLEY,** | : | Possession With Intent to Distribute Heroin, |
| **BRENT MATTHEWS,** | : | 21 U.S.C. §841(a)(1); Aiding and Abetting, |
| **Defendants** | : | 18 U.S.C. §2) |

...oOo...

## COUNT ONE

The Grand Jury for the District of Maryland charges:

On or about April 28, 2010, in the State and District of Maryland,

**UMAR BURLEY,**
**BRENT MATTHEWS,**

the defendants herein, did knowingly, intentionally and unlawfully combine, conspire, confederate and agree with each other and with others known and unknown to the Grand Jury to knowingly, intentionally and unlawfully possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code Section 841(a)(1).

21 U.S.C. §846

## COUNT TWO

The Grand Jury for the District of Maryland further charges that:

On or about April 28, 2010, in the State and District of Maryland,

**UMAR BURLEY,**
**BRENT MATTHEWS,**

the defendants herein, did knowingly, intentionally and unlawfully possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. §841(a)(1)
18 U.S.C. §2

_Rod J. Rosenstein/amc_
Rod J. Rosenstein
United States Attorney

A TRUE BILL:
**SIGNATURE REDACTED**

Foreperson

2/10/11
Date