**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. RDB-11-074** |
| | * | |
| **UMAR BURLEY**, *et al.* | * | |
| | * | |
| | * | |
| | * | |
| | ****** | |

## ENTRY OF APPEARANCE

MADAM CLERK:

    Please enter my appearance in this case as counsel for the United States of America.

                  Respectfully submitted,

                  Stephen M. Schenning
                  Acting United States Attorney

                  _____/s/_____
                  Leo J. Wise
                  Assistant United States Attorney
                  36 South Charles Street
                  Fourth Floor
                  Baltimore, Maryland 21201
                  410-209-4909