# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO.   RDB-11-074** |
| | * | |
| **UMAR BURLEY,** *et al.* | * | |
| | * | |
| | * | |
| | * | |
| | ******* | |

## ENTRY OF APPEARANCE

MADAM CLERK:

    Please enter my appearance in this case as counsel for the United States of America.

        Respectfully submitted,

        Stephen M. Schenning
        Acting United States Attorney

        _____/s/_____
        Derek E. Hines
        Assistant United States Attorney
        36 South Charles Street
        Fourth Floor
        Baltimore, Maryland 21201
        410-209-4817