IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | *    **Criminal  11-cr-0074-RDB** |
| **v.** | * |
| | * |
| **Umar BURLEY** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ENTRY OF APPEARANCE

Please enter the appearance of G Arthur Robbins and CHESAPEAKE MERIDIAN as counsel for Defendant Umar BURLEY.

Respectfully Submitted,

_____/S/_____
G Arthur Robbins (Federal Bar No. 09770)
CHESAPEAKE MERIDIAN
1997 Annapolis Exchange Parkway
Suite 300
Annapolis, Maryland 21401
443.454.7675
GarRobbins@ChesapeakeMeridian.com