**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| Petitioner | * | **Case No. RDB-11-0074** |
| v. | * | |
| | * | |
| **BRENT MATTHEWS** | * | |
| Defendant | * | |

\* * * * * * * * * * * * *

**ENTRY OF APPEARANCE**

Please enter the appearance of Andrew C. White as counsel for defendant Brent Matthews.

Respectfully Submitted,

_____/S/_____
Andrew C. White (Federal Bar No. 08821)
SILVERMAN, THOMPSON, SLUTKIN & WHITE
201 North Charles Street
Suite 2600
Baltimore, Maryland 21201
(410) 385-2225