**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
|     **Petitioner** | * | **Case No. RDB-11-0074** |
| **v.** | * | |
| | * | |
| **BRENT MATTHEWS** | * | |
|     **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ENTRY OF APPEARANCE**

Please enter the appearance of Steven D. Silverman as co-counsel for defendant Brent Matthews.

Respectfully Submitted,

_____/S/_____
Steven D. Silverman (Federal Bar No. 22887)
SILVERMAN, THOMPSON, SLUTKIN & WHITE
201 North Charles Street
Suite 2600
Baltimore, Maryland 21201
(410) 385-2225