IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

FILED ___ ENTERED
LODGED ___ RECEIVED

NOV 27 2017

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | Criminal 11-cr-0074-RDB |
| v. | * | |
| | * | |
| Umar BURLEY | * | |

\* \* \* \* \* \* \* ~#~ \* \* \* \* \* \*

## *Motion for Withdrawal of Appearance as Counsel*

Pursuant to Rule 44 of the Federal Rules of Criminal Procedure, undersigned counsel respectfully requests permission to withdraw as Criminal Justice Act appointed counsel for Defendant Umar BURLEY. Andrew Clayton White, Esquire, and Steven Donald Silverman, Esquire, entered their retained counsel appearance on behalf of the Defendant on 25 November 2017 (Documents Number 107 and 109). Defendant BURLEY remains represented by counsel.

Respectfully Submitted,

_____/S/_____
G Arthur Robbins (Federal Bar No. 09770)
CHESAPEAKE MERIDIAN
1997 Annapolis Exchange Parkway
Suite 300
Annapolis, Maryland 21401
443.454.7675
GarRobbins@ChesapeakeMeridian.com

Request **GRANTED** this 27th day of November, 2017.

_____
Richard D. Bennett
United States District Judge