IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 11-0074-RDB |
| v. ) | |
| UMAR BURLEY ) | |
| and ) | |
| BRENT MATTHEWS ) | |
| Defendant ) | |

## ORDER

Upon consideration of the United States' Petition for a Writ of Corum Nobis to Vacate Convictions, a hearing it is hereby ORDERED that a hearing shall be held on December 18, 2017 @ 3:00pm

_____
The Honorable Richard D. Bennett
United States District Judge

Dated: November 30, 2017